**Order filed December 17, 2020.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00207-CV

———————

**WHITE STAR PUMP COMPANY, LLC, Appellant**

**V.**

**ALPHA HUNTER DRILLING, LLC, Appellee**

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-57416**

## ORDER

The reporter's record in this case was due **April 14, 2020**. *See* Tex. R. App. P. 35.1.  On August 20, 2020, this court ordered the court reporter to file the record within 30 days. On September 18, 2020, the court reporter filed a motion requesting an additional 30 days to file the reporter's record, in that motion she stated it would be her final extension. We granted her motion and stated that no further exceptions would be granted absent exceptional circumstances. As of

today, the record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Amanda King**, the official court reporter, to file the record in this appeal **within 15 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. If **Amanda King** does not timely file the record as ordered, we will issue a show cause order directing the court reporter to appear before this court on a date certain to show cause why the reporter should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.


PER CURIAM


Panel Consists of Justices Bourliot, Zimmerer, and Spain.